PER CURIAM.
AFFIRMED on the authority of Shearson/American Express, Inc. v. McMahon, 482 U.S. -, 107 S.Ct. 2332, 96 L.Ed.2d 185 (1987); Kavouras v. Visual Products Systems, Inc., 680 F.Supp. 205, 207-08 (W.D.Pa.1988); Aronson v. Dean Witter Reynolds, Inc., 675 F.Supp. 1324, 1326 (S.D.Fla.1987); Staiman v. Merrill Lynch, Pierce, Fenner & Smith, 673 F.Supp. 1009, 1011 (C.D.Cal.1987).
LETTS, DELL and WALDEN, JJ., concur.